IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00761-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LEONARDO PALACIOS,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Leonardo Palacios filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 30, 2014 (ECF No. 29), it is

ORDERED that Defendant Leonardo Palacios and this action are **DISMISSED WITH PREJUDICE**.

Dated:  September 30, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge